| | |
|---|---|
| 1<br>2<br>3<br>4 | MARK DAVID MCPHERSON (CA SBN 307951)<br>MMcPherson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| 5<br>6 | Attorneys for Defendant<br>STANDARD CHARTERED BANK |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| MAYHEM CRUDE, INC., a Marshall Islands Corporation, | | Case No.: 4:19-cv-04622-HSG |
| | Plaintiff, | **JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND AND SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS; ORDER (MODIFIED)** |
| v. | | |
| BORRELLI WALSH PTE. LTD., a Singapore Company, COSIMO BORRELLI, JASON KARDACHI, and STANDARD CHARTERED BANK, | | **Case Filed: August 8, 2019**<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 02, 4th Floor |
| | Defendants. | |

Pursuant to Local Rule 6-1(b), Plaintiff Mayhem Crude, Inc. ("Plaintiff") and Defendants Borrelli Walsh Pte. Ltd. ("BW"), Cosimo Borrelli ("Borrelli"), Jason Kardachi ("Kardachi"), and Standard Chartered Bank ("SCB") (collectively, the "Defendants"), submit the following stipulation and proposed order:

WHEREAS, Plaintiff filed the Complaint in this action on August 8, 2019;

WHEREAS, Defendants BW, Borrelli, and Kardachi's responses to the Complaint currently are due on September 7, and Defendant SCB's response to the Complaint currently is due on September 17, 2019;

WHEREAS, the parties have conferred regarding a briefing schedule for Defendants'

anticipated motions to dismiss the Complaint;

WHEREAS, there have been no previous time modifications in this case, either by stipulation or Court order;

WHEREAS, this stipulation will not alter any deadline already fixed by Court order;

WHEREAS, Defendants do not intend to waive, and expressly preserve, any and all defenses in this matter, including the defense of lack of personal jurisdiction;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The time for Defendants to answer or otherwise respond to the Complaint is extended to October 15, 2019.

2. Plaintiff's opposition to any Defendant's motion to dismiss shall be filed on or before November 22, 2019.

3. Defendants' reply to Plaintiff's opposition shall be filed on or before December 11, 2019.

Dated: September 10, 2019  **MORRISON & FOERSTER LLP**

By: */s/ Mark David McPherson*
MARK DAVID MCPHERSON

Attorneys for Defendant
STANDARD CHARTERED BANK

Dated: September 10, 2019  **BLANK ROME LLP**

By: */s/ Michael K. Bell*
MICHAEL K. BELL

Attorneys for Defendants
BORRELLI WALSH PTE. LTD., COSIMO BORRELLI, AND JASON KARDACHI

Dated: September 10, 2019  **GAITAS & CHALOS, P.C.**

By: /s/ George A. Gaitas
GEORGE A. GAITAS

Attorneys for Plaintiff
MAYHEM CRUDE, INC.

1 **<u>ORDER</u>**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED:

3   1. The time for Defendants to answer or otherwise respond to the Complaint is
4 extended to October 15, 2019.

5   2. Plaintiff's opposition to any Defendant's motion to dismiss shall be filed on or
6 before November 22, 2019.

7   3. Defendants' reply to Plaintiff's opposition shall be filed on or before December
8 11, 2019.

9   4. Hearing on the motion to dismiss will be held on January 23, 2020 at 2:00 p.m.

10 Dated: <u>9/11/2019</u>

*[Signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge